No. 945. TAN PHO ET AL. *v.* FAUSTINO LICHAUCO, AS GUARDIAN, ETC. March 16, 1925. Petition for a writ of

certiorari to the Supreme Court of the Philippine Islands denied. *Mr. Frederick C. Fisher* and *Mr. Clyde A. DeWitt* for petitioners. No appearance for respondent.